United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-12605-amc
James McAndrew                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Christina              Page 1 of 1              Date Rcvd: Oct 18, 2017
                             Form ID: pdf900              Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2017.
db              James McAndrew,    611 Rising Sun Ave,    Holland, PA 18966-2192
cr             +Santander Consumer USA Inc.,    PO Box 562088,    Suite 900 North,    Dallas, TX 75356-2088
13900775        BUCKS COUNTY PROTHONOTARY,    100 N Main St # 2,    Doylestown, PA 18901-3711
13900777        Fayfinancial,    939 W North Ave Ste 680,    Chicago, IL 60642-1231
13964953       +PROF-2013-M4 LEGAL TITLE TRUST II, BY U.S. BANK NA,    TRUSTEE,    c/o Fay Servicing, LLC,
                 3000 Kellway Drive, Suite 150,    Carrollton, TX 75006-3357
13906234       +PROF-2013-M4 LEGAL TITLE TRUST II, BY U.S. BANK NA,    c/o ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,
                 6409 CONGRESS AVE., SUITE 100,    BOCA RATON, FL 33487-2853
13900778        Santander Consumer USA,    PO Box 961245,    Fort Worth, TX 76161-0244
13928420       +Santander Consumer USA Inc.,    c/o William E. Craig, Esq.,    Morton & Craig, LLC,
                 110 Marter Ave., Ste. 301,    Moorestown, NJ 08057-3125
13900779       +Seterus Inc,    14523 SW Millikan Way,    Beaverton, OR 97005-2352
13993208       +U.S. Bank NA,    c/o Matteo S. Weiner, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
                 Phila., PA 19106-1541
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Oct 19 2017 01:36:34     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 19 2017 01:35:59
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 19 2017 01:36:23     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13900776        E-mail/Text: mrdiscen@discover.com Oct 19 2017 01:35:40     Discover Financial,    PO Box 3025,
                 New Albany, OH 43054-3025
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PROF-2013-M4 Legal Title Trust II, by U.S. Bank Na,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2017 at the address(es) listed below:
              DANIEL ROBERT SCHIMIZZI    on behalf of Creditor    PROF-2013-M4 Legal Title Trust II, by U.S. Bank
               National Association, as Legal Title Trustee dschimizzi@bernsteinlaw.com,
               cwirick@bernsteinlaw.com;dschimizzi@ecf.inforuptcy.com;dmckay@bernsteinlaw.com
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              JOHN R. CAFFESE    on behalf of Debtor James   McAndrew ecf@jrcfirm.com, kevin@jrcfirm.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    PROF-2013-M4 Legal Title Trust II, by U.S. Bank
               National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
              MATTHEW J. MUGNO    on behalf of Debtor James   McAndrew matt@jrcfirm.com, ecf@jrcfirm.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES MCANDREW | Chapter 13 |
| Debtor | Bankruptcy No. 17-12605-AMC |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this __17th__ day of __OCTOBER__, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated; and it is further

ORDERED, that in light of the Consent Order previously entered in this matter by and among the standing trustee, debtor(s) and counsel for the debtor(s), the dismissal of this case is **WITH PREJUDICE**, in accordance with the express terms of such **CONSENT ORDER**.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

[Debtor's Attorney]
JOHN R. CAFFESE
CAFFESE LAW FIRM L.L.C.
803 MAIN STREET
STROUDSBURG, PA 18360-


[Debtor]
JAMES MCANDREW

611 RISING SUN AVE

HOLLAND, PA 18966-2192